CASE #17-CV-00524          12-20-2017

Adarus Black #45326-112
United States Penitentiary Tucson
P.O. Box 24550
Tucson, AZ 85734



Clerk of the Court U.S. District Court
405 W. Congress ST Ste 1500
Tucson, AZ 85701.

DEAR CLERK,
    In Reference to the above CASE, I hereby withdraw My 28 USC 2241 please let the court know this. Thank you for your time and consideration.

"CASE Withdrawal"

Adarus Black #45326-112
12-20-2017
CASE #17-CV-00524