Adarus Black #45326-112
United States Penitentiary Tucson
P.O. Box 24550
Tucson, AZ. 85734

CASE# 4:17-CV-00524-RM-LAB

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

JAN - 5 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Second Motion Request to withdrawal from case from federal Dockets in the federal court of Arizona.

I sent in a request to the courts on 12-20-2017 to withdraw my case from the federal courts in Arizona certified U.S. Mail 7017-0530-0001-1511-2969 And it was received by the courts on 12-27-2017 Please see Attached Exhibits as proof. I'm Requesting Again to please withdraw my 2241 Motion. Thank you for your time and consideration

Adarus Black
1-2-2018

U.S. District Court
DISTRICT OF ARIZONA (Tucson Division)
CIVIL DOCKET FOR CASE #: 4:17-cv-00524-RM--LAB

Black v. Shartle
Assigned to: Judge Rosemary Marquez
Referred to: Magistrate Judge Leslie A Bowman (PS)
Cause: 28:2241 Petition for Writ of Habeas Corpus (Federal)
Date Filed: 10/20/2017
Jury Demand: None
Nature of Suit: 530 Prisoner: Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

Petitioner
Adarus Mazio Black         represented by   Adarus Mazio Black
# 45326-112
TUCSON-AZ-TUCSON-USP
U.S. PENITENTIARY
P.O. BOX 24550
TUCSON, AZ 85734
PRO SE

V.

Respondent
Unknown Shartle
named as Warden Shartle - USP Tucson

| Date Filed | # | Docket Text |
|---|---|---|
| 10/20/2017 | 1 | PETITION for Writ of Habeas Corpus (Fed/2241). Filing fee received: $ 5.00, receipt number TUC027394 filed by Adarus Mazio Black. (28 pages) (Attachments: # 1 Envelope)(DLC) (Entered: 10/20/2017) |
| 10/20/2017 | 2 | Filing fee: $ 5.00, receipt number TUC027394. (DLC) (Entered: 10/20/2017) |
| 10/20/2017 | 3 | NOTICE OF ASSIGNMENT: (DLC) (Entered: 10/20/2017) |
| 11/02/2017 | 4 | Party Elects Habeas Case Remain Assigned to District Judge. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry.. (DPS) (Entered: 11/02/2017) |

ADARUS MAZIO BLACK on 12/25/2017 3:51:20 PM wrote
if u have time when u r over momma house check our docket for az and see if they posted my withdrawal. kisses

---

U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $         Postmark
☐ Certified Mail Restricted Delivery $      Here
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To  Office of the federal District court
Street and Apt. No., or PO Box No.  405 W. Congress St ste 1500
City, State, ZIP+4®  Tucson, AZ 85701-5010

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

TRULINCS 45326112 - BLACK, ADARUS MAZIO - Unit: TCP-B-B

--------------------------------------------------------------------------------

FROM: Admirer, Secret
TO: 45326112
SUBJECT: RE: can u track certified u.s. mail for me
DATE: 12/30/2017 10:21:08 PM

Tracking Number: 70170530000115112969
Your item was delivered to an individual at the address at 11:16 am on December 27, 2017 in TUCSON, AZ 85701.
Status
Delivered
December 27, 2017 at 11:16 am
Delivered, Left with Individual
TUCSON, AZ 85701

ADARUS MAZIO BLACK on 12/29/2017 5:07:38 PM wrote
7017-0530-0001-1511-2969