KM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adarus Mazio Black,<br>  Petitioner,<br>v.<br>Unknown Shartle, et al.,<br>  Respondents. | No.  CV 17-00524-TUC-RM (LAB)<br><br>**ORDER** |

Petitioner Adarus Mazio Black, who is confined in the United States Penitentiary-Tucson, has filed a pro se Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) and paid the filing fee.  On December 27, 2017, Petitioner filed a Motion to Withdraw (Doc. 5).  On January 5, 2018, Petitioner filed a Second Motion to Withdraw (Doc. 6).  The Court will grant the Motions and dismiss this case without prejudice.

**IT IS ORDERED:**

(1) Petitioner's Motions to Withdraw (Docs. 5, 6) are **granted**.

(2) Petitioner's Petition Under 28 U.S.C. § 2241 (Doc. 1) and this case are **dismissed without prejudice**.

. . . .

. . . .

. . . .

. . . .

1  (3)  The Clerk of Court is directed to **close this case**.

2  Dated this 9th day of January, 2018.

_____
Honorable Rosemary Márquez
United States District Judge